IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER S. CROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-00237-DGK-SSA |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING STATUTORY ATTORNEY'S FEES

Having considered Plaintiff's motion for attorney's fees, the Government's response, and Plaintiff's reply (Docs. 27, 28, & 29), it is hereby

ORDERED that Plaintiff is awarded attorney's fees in the amount of $8,000.00 to be paid by the Social Security Administration subject to offset under the Treasury Offset Program, 31 U.S.C. § 3716(c)(3)(B). Typically, attorney's fees paid pursuant to the Equal Access to Justice Act ("EAJA") are made payable to the plaintiff. *Astrue v. Ratliff*, 560 U.S. 586 (2010). However, in this case, Plaintiff has signed a fee agreement assigning any fee under the EAJA to his attorney. Accordingly, the check shall be made out to Plaintiff's attorney, Cathleen A. Shine, and mailed to 113 E. Wall St., P.O. Box 342, Harrisonville, MO 64701.

**IT IS SO ORDERED.**

Date: June 5, 2018                     /s/ Greg Kays
                                       GREG KAYS, CHIEF JUDGE
                                       UNITED STATES DISTRICT COURT